W. WEST ALLEN
Nevada Bar No. 5566
wallen@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8230
Facsimile: (702) 949-8364

RUSSELL T. WONG
Admission *Pro Hac Vice* Pending
rwong@blankrome.com
SARAH R. CABELLO
Admission *Pro Hac Vice* Pending
scabello@blankrome.com
BLANK ROME LLP
717 Texas Ave, Suite 1400
Houston, TX 77002
Telephone: (713) 228-6601
Facsimile: (713) 228-6605

***Attorneys for Defendant***
***Las Vegas Billboards, LLC***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| T-REX PROPERTY AB<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS BILLBOARDS, LLC<br><br>Defendants. | Case No. 2:15-cv-01285-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LAS VEGAS BILLBOARDS, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

1.   Plaintiff, T-Rex Property AB, and Defendant, Las Vegas Billboards, LLC, (collectively, "the Parties") file this Stipulation to Extend Defendant Las Vegas Billboards, LLC's Deadline to Answer or Otherwise Respond to Plaintiff's Complaint and in support thereof would respectfully show the Court as follows:

2.   Plaintiff commenced this action by filing its Complaint on July 8, 2015, in the United States District Court for the District of Nevada. Defendant's current deadline to answer Plaintiff's Complaint is August 4, 2015, based on service on July 14, 2015 of Plaintiff's Complaint (DKT. 14).

No previous requests for extension have been made. This is the first request. Defendant has recently retained counsel, and is therefore in need of the requested extension to analyze potential defenses and prepare its response to the allegations in the Complaint.

3. By agreement of the Parties, the Parties respectfully request that the Court enter an Order extending Defendant's deadline to answer or otherwise respond by thirty (30) days from August 4, 2015 to (and including) September 3, 2015. The Parties agree that the requested extension will have no impact on the current deadlines, given the initial stages of this case.

DATED: August 3, 2015

| DICKINSON WRIGHT PLLC | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| By: */s/ David P. Swenson* <br> DAVID G. BRAY <br> Nevada Bar No. 5230 <br> dbray@dickinsonwright.com <br> MICHAEL N. FEDER <br> Nevada Bar No. 7332 <br> mfeder@dickinsonwright.com <br> JOANNA M. MYERS <br> Nevada Bar No. 12048 <br> jmyers@dickinsonwright.com <br> 8363 West Sunset Road, Suite 200 <br> Las Vegas, NV 89113 <br><br> DAVID P. SWENSON <br> Admitted *Pro Hac Vice* <br> dswenson@farneydaniels.com <br> FARNEY DANIELS PC <br> Butler Square, Suite 445A <br> 110 North Sixth Street <br> Minneapolis, MN 55403 <br> ***Attorneys for Plaintiff*** <br> ***T-Rex Property AB*** | By: */s/ W. West Allen* <br> W. WEST ALLEN <br> Nevada Bar No. 5566 <br> wallen@lrrlaw.com <br> 3993 Howard Hughes Parkway <br> Suite 600 <br> Las Vegas, NV 89169 <br><br> RUSSELL T. WONG <br> Admission *Pro Hac Vice* Pending <br> rwong@blankrome.com <br> SARAH R. CABELLO <br> Admission *Pro Hac Vice* Pending <br> scabello@blankrome.com <br> BLANK ROME LLP <br> 717 Texas Ave, Suite 1400 <br> Houston, TX 77002 <br> ***Attorneys for Defendant*** <br> ***Las Vegas Billboards, LLC*** |

IT IS SO ORDERED

Dated: August 6, 2015

_____
UNITED STATES MAGISTRATE JUDGE